HOLLY A. SULLIVAN
California State Bar No. 216376
110 West C Street, Suite 707
San Diego, California 92101
Telephone: (619) 269-8054
Facsimile: (619) 794-2263

FILED
MAR 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

Attorney for MATEVOSYAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEVORG GRIGOR MATEVOSYAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08MJ0827<br><br>**<u>SUBSTITUTION OF ATTORNEY</u>** |

Defendant, GEVORG GRIGOR MATEVOSYAN, hereby substitutes Holly A. Sullivan, 110 West C Street, Suite 707, San Diego, CA 92101, telephone (619) 269-8054, as attorney of record in place of Federal Defenders of San Diego, Inc.

Dated: 3/20/08

x [signature]
GEVORG GRIGOR MATEVOSYAN

I consent to the above substitution.

Dated: 3/20/08

[signature]
HANNI FAKHOURY
Federal Defenders of San Diego, Inc.

Above substitution accepted.

Dated: 3/20/08

[signature]
HOLLY A. SULLIVAN
Substituted Counsel for
GEVORG GRIGOR MATEVOSYAN

**ORDER**

IT IS SO ORDERED.

Dated: 3/21/08

LEO S. PAPAS
UNITED STATES
MAGISTRATE COURT JUDGE